IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 05-00371-01-CR-W-DW |
| JOSE LOPEZ-LOPEZ, | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Larsen's Report and Recommendation on Defendant's motion for a judicial determination of mental competency (Doc. 37). After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court finds that Defendant is competenct to stand trial and to assist in his defense.

IT IS SO ORDERED

 /s/ Dean Whipple
Dean Whipple
United States District Judge

DATE: February 28, 2006