IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-00371-01-CR-W-DW |
| ) | |
| JOSE LOPEZ-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Larsen's Report and Recommendation on Defendant's Motion to Suppress Evidence and Statements Obtained on or About October 18, 2005 (Doc. 59). After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law regarding the Motion to Suppress Evidence and Statements Obtained on or About October 18, 2005 (Doc. 59). Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and denies Defendant's Motion to Suppress (Doc. 59).

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: August 7, 2006